**Order entered August 4, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00833-CV

### IN RE KATHRYN L. SHILLING, Relator

**On Appeal from the County Court at Law No. 7
Collin County, Texas
Trial Court Cause No. 007-01659-2016**

## ORDER

Before the Court is relator's July 14, 2017 petition for writ of mandamus. The Court requests real parties in interest and respondent file their responses, if any, to the petition on or before **August 21, 2017**.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE